## PAGE v. SHERMAN.

(143 Pac. 1115.)

**Appeal and Error—Proceedings to Transfer Cause—Time for Taking Appeal.**

1. Under Laws of 1913, page 618, authorizing an appeal to the Supreme Court by serving and filing the notice of appeal within 60 days from the entry of the judgment, order or decree appealed from, a notice of appeal from a decree entered December 10, 1913, and amended March 16, 1914, served and filed May 18, 1914, is too late.

From Josephine: FRANK M. CALKINS, Judge.

In Banc.    Statement PER CURIAM.

A decree was rendered in the suit of F. J. Page, substituted as plaintiff for Seymour Bell, against W. B. Sherman, Cora S. Turner and T. H. Turner, on the 10th day of December, 1913. Counsel for defendants filed a motion to modify this decree. In the findings of fact and the conclusions it is held that the plaintiff, who is respondent here, should recover the sum of $300 as attorney's fees, but in the decree this was omitted. On the 16th of March the court made an order denying defendants' motion, but amending the decree by awarding the plaintiff attorney's fees in the suit in the

amount of $300.   On the 18th day of May the appellants served and filed their notice of appeal, and on the 28th of the month filed an undertaking on appeal.   The motion is to dismiss because the appeal was not taken within the time required by law.

APPEAL DISMISSED.

*Mr. H. D. Norton,* for the motion.

*Mr. Robert G. Smith, contra.*

Opinion PER CURIAM.

The statute (Laws 1913, p. 618) provides:

"An appeal to the Supreme Court * * shall be taken by serving and filing the notice of appeal, within sixty days from the entry of the judgment, order or decree appealed from."

The notice of appeal in this case specifies that the appellants appeal from the judgment and decree rendered on the 10th of December, 1913, and amended and corrected by the court on the 16th day of March.   The original judgment and decree on the 10th of December, of course, cannot be appealed from in May, and the attempt to appeal from the order correcting the same on the 16th is too late.   The last day would fall on the 16th of May.   The appeal not having been taken until the 18th, it was not filed within the time limited by law.

The appeal is dismissed.        DISMISSED.